IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAFE FOODS CORPORATION                                      PLAINTIFF

v.                      No. 4:17-cv-220-DPM

MICKEY LEE STARKS;
CRAFTCHEM INC.; and PREDICTIVE
FOOD SAFETY SOLUTIONS LLC                                   DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2017